

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00078-CV

———————————————

NEIL COLLINS, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF
CONTEMPORARY RESEARCH CORPORATION, Appellant/Cross-Appellees

V.

ROBERT SCOTT HETZLER, CONTEMPORARY RESEARCH CORPORATION,
CR ASSEMBLY CORPORATION, CR SOURCE CORPORATION, AND
MARIANNE MICHELLE ZACCARO A/K/A MARIANNE MICHELLE
HETZLER, Appellees/Cross-Appellant

---

On Appeal from the 16th District Court
Denton County, Texas
Trial Court No. 20-1857-16

---

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

We have considered "Cross-Appellants' Motion to Dismiss Cross-Appeal of Take-Nothing Judgment on Counterclaims for Attorney's Fees." We grant the motion and dismiss the cross-appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: July 18, 2024